**Electronically Filed
Supreme Court
SCPW-23-0000441
16-NOV-2023
07:47 AM
Dkt. 32 ODMR**

SCPW-23-0000441

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CAMERON NICE and MARTHA NICE, Petitioners,

vs.

THE HONORABLE RANDAL VALENCIANO,
Judge of the Circuit Court of the Fifth Circuit,
State of Hawai'i, Respondent.

---

ORIGINAL PROCEEDING
(5CCV-22-0000027)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Viola and Circuit Judge Somerville,
assigned by reason of vacancies)

Upon consideration of the motion for reconsideration filed on November 7, 2023, the documents filed by Petitioners after November 7, 2023, and the record, the motion is untimely because it was filed more than ten days after the filing of this court's October 5, 2023 order denying the petition. See Hawai'i Rules of Appellate Procedure (HRAP) Rule 40(a).

Even if timely, this court has not overlooked or misapprehended points of law or fact.  See HRAP Rule 40(b).

It is ordered that the motion is denied.

It is further ordered that the appellate clerk shall not accept further filings in this proceeding.  This proceeding is closed.

DATED:  Honolulu, Hawaiʻi, November 16, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Matthew J. Viola

/s/ Rowena A. Somerville